**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**GEORGE G. STANBERRY**                                                                 **PLAINTIFF**

**v.**                                              **NO. 2:11CV21-M-S**

**COAHOMA COUNTY JAIL, ET AL.**                                    **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated July 12, 2011, and the August 17, 2011, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 12, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That all of the plaintiff's claims against Sheriff Charles Jones are **DISMISSED** with prejudice.

3. That the plaintiff's claims regarding the general conditions of his confinement are **DISMISSED** with prejudice.

4. That the plaintiff's claims regarding delayed medical treatment are **DISMISSED** with prejudice.

5. That the plaintiff's claims regarding denial of medical treatment due to the defendants' alleged failure to provide prescribed medication and the defendants' failure to secure medical treatment for the plaintiff after his injury in the shower will **PROCEED**.

THIS, the 22nd day of September, 2011.

                                                    **/s/ MICHAEL P. MILLS**
                                                    **CHIEF JUDGE**
                                                    **UNITED STATES DISTRICT COURT**
                                                    **NORTHERN DISTRICT OF MISSISSIPPI**